```
IN THE UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF TENNESSEE
          WESTERN DIVISION
```

|  |  |
|---|---|
| SURGICAL SOLUTIONS, LLC and ALLEN RASOUL, President of Surgical Solutions, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 18-cv-2125-SHM-tmp ) ) |
| BRADY LANCE, DONNA LINDSEY, and HALLY STOLZ, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

Before the Court is a *pro se* complaint filed by Plaintiffs Surgical Solutions, LLC and Allen Rasoul. (ECF No. 1.) Surgical Solutions, LLC is a Tennessee limited liability company. (Id. ¶ 1.) Allen Rasoul is the President of Surgical Solutions, LLC. (Id. at 11.)[1]

"It is settled law that a corporation must appear in federal court through licensed counsel." State Auto Ins. Co. v. Thomas Landscaping & Const., Inc., 494 F. App'x 550, 553 (6th Cir. 2012) (citing Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993)). For purposes of representation, a limited liability company, like

---

[1] Unless otherwise noted, citations to the record refer to the "PageID" number.

Surgical Solutions, LLC, is treated like a corporation.  See MR Crescent City, LLC v. TJ Biscayne Holdings LLC, 2013 WL 1243541, at **1 (4th Cir. March 28, 2013) (citing United States v. Hagerman, 545 F.3d 579, 581–82 (7th Cir. 2008)).  A limited liability company may not proceed *pro se*. Iron Workers Dist. Council of S. Ohio & Vicinity Benefit Tr. v. K-COR, LLC, No. 3:14-CV-368, 2015 WL 10742767, at *1 (S.D. Ohio Nov. 13, 2015).  An officer of an entity is not a sufficient representative.  Ginger v. Cohn, 426 F.2d 1385, 1386 (6th Cir. 1970).

Surgical Solutions, LLC has until July 5, 2018, to secure legal counsel.  Failure to do so will result in the dismissal of its claims.

So ordered this 4th day of June, 2018.

                                           */s/ Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE